UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 13-0286 (MLC) |
| | : | Honorable Mary L. Cooper |
| vs. | : | |
| MICHAEL ELLERSICK | : | DETENTION ORDER |
| | : | |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Dara Aquila Govan, Assistant United States Attorney, appearing), in the presence of Richard S. Lehrich, Esq., attorney for defendant Michael Ellersick, for an order pursuant to Title 18, United States Code, Section 3143(a) to detain defendant Michael Ellersick without bail pending sentencing in the above-entitled matter, and defendant Michael Ellersick having consented to detention without bail pending sentencing in this matter:

IT IS, therefore, on this   1st   day of May, 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a)(2), that defendant Michael Ellersick be committed to the custody of the Attorney General or his authorized representative pending sentencing in the above-entitled matter; and it is further

ORDERED, that defendant Michael Ellersick be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Michael Ellersick shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Michael Ellersick without bail pending sentencing is hereby granted, and defendant Michael Ellersick is hereby ordered detained pending trial in the above-entitled matter.

                                        __s/Mary L. Cooper_____
                                        HONORABLE MARY L. COOPER
                                        United States District Judge